IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE M. JOHNSON, JR.,

    Petitioner,

v.

R.D. KEYES,[1]
Warden, FCI Oxford

    Respondent.

ORDER

Case No. 24-cv-49-jdp

Petitioner Maurice M. Johnson, Jr. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 20, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 18, 2023 through the date of the petition, January 18, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Maurice M. Johnson, Jr. may have until February 20, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

---

[1] I have amended the case caption to include the name of R. D. Keyes, the current warden of Oxford Federal Correctional Institution.

      2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 20, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 23rd day of January, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge