IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAURICE M. JOHNSON, JR.,

                        Petitioner,

    v.                                                        OPINION and ORDER

R.D. KEYES,                                                     24-cv-49-jdp

                        Respondent.

---

      Maurice M. Johnson, Jr., without counsel, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking an order directing the Bureau of Prisons to apply First Step Act time credits that would entitle him to placement in prerelease custody or supervised release. He contends that BOP staff denied him application of his credits because he has a "medium" PATTERN risk assessment score.

      I will not order the petition served upon the government because I previously addressed Johnson's argument in his criminal case, *United States v. Johnson*, No. 17-cr-67-jdp. Johnson sent the court a letter in that case asking why BOP staff wasn't applying his First Step Act credits; I responded that under BOP policy he was ineligible to have those credits applied because he had received a 200-level disciplinary infraction within the last three years. *See* Dkt. 116 in the '67 case. This same analysis applies to his current § 2241 petition.

ORDER

IT IS ORDERED that petitioner is DENIED a writ of habeas corpus. The clerk of court is directed to enter judgment and close this case.

Entered May 2, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge